IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD A. MATTHEWS,

    Plaintiff,

  v.

DAVID MAHONEY AND DANE
COUNTY JAIL,

    Defendants.

Case No. 18-cv-411-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/22/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |